| | |
|---|---|
| 1 | **CARNEY BATES & PULLIAM, PLLC** |
| 2 | Randall K. Pulliam - rpulliam@cbplaw.com<br>E. Lee Lowther III - llowther@cbplaw.com |
| 3 | 519 W. 7th St.<br>Little Rock, AR 72201 |
| 4 | Telephone: (501) 312-8500<br>Facsimile: (501) 312-8505 |
| 5 | **COHEN MALAD, LLP** |
| 6 | Irwin B. Levin - ilevin@cohenandmalad.com<br>Richard E. Shevitz - rshevitz@cohenandmalad.com |
| 7 | Vess A. Miller - vmiller@cohenandmalad.com<br>Lynn A. Toops - ltoops@cohenandmalad.com |
| 8 | One Indiana Square, Suite 1400<br>Indianapolis, IN 46204 |
| 9 | Telephone: (317) 636-6481<br>Facsimile: (317) 636-2593 |
| 10 | **GALLAGHER & KENNEDY, P.A.** |
| 11 | Paul L. Stoller - paul.stoller@gknet.com<br>C Lincoln Combs - lincoln.combs@gknet.com |
| 12 | 2575 East Camelback Road<br>Phoenix, Arizona 85016-9225 |
| 13 | Telephone: (602) 530-8000<br>Facsimile: (602) 530-8500 |
| 14 | *Counsel for Plaintiff and the Putative Class* |
| 15 | *Additional Counsel on Signature Page* |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Joe Weingarten and Darrell Hunter, on behalf of themselves and all others similarly situated, | Case No. CV-18-01013-PHX-SRB |
| Plaintiffs, | **STIPULATION OF DISMISSAL** |
| v. | |
| LifeLock, Inc., | |
| Defendant. | |

1

1  **WHEREAS**, Plaintiffs, after having conducted an investigation and analysis, including analysis of the substantial documents and materials Defendant produced pursuant to the Mandatory Initial Discovery Pilot project in effect in this matter, have concluded that dismissal with prejudice of the Complaint, which included allegations that Defendant had a common practice of misrepresenting the scope or functionality of its identity theft protection services on its website or through its direct marketing, is appropriate;

**WHEREAS**, on October 17, 2018, the Court dismissed Plaintiff Darrell Hunter with prejudice, Dkt. 77;

**WHEREAS**, the remaining parties have reached an agreement (their "Agreement") pursuant to which Plaintiff Weingarten will dismiss each and every claim asserted in the above-captioned matter with no admission of wrongdoing, impropriety or liability on the part of any party;

**WHEREAS**, the remaining parties covenant to comply with the terms of the Agreement and have agreed that Honorable Susan R. Bolton, United States District Court Judge for the District of Arizona, should retain jurisdiction over any construction, modification, or enforcement of the Agreement, including without limitation any motion or other request relating to the Agreement filed in this Action or any other, future action;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and between the parties through their respective counsel of record that (i) pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the individual claims of Plaintiff Weingarten in the above-entitled action shall be dismissed with prejudice with each party and former party to bear his or its own costs, conditional upon (ii) the Honorable Susan R. Bolton, United States District Court Judge for the District of Arizona, retaining jurisdiction over any construction, modification, or enforcement the Agreement for a period of four years, after which this action shall be dismissed with prejudice.

Respectfully submitted this 5th day of November, 2018.

| | |
|---|---|
| **COHEN & MALAD, LLP** | **LATHAM & WATKINS LLP** |
| s/ Lynn A. Toops | s/ Michael H. Rubin (with authorization) |
| Irwin B. Levin - ilevin@cohenandmalad.com | Michael H. Rubin (*pro hac vice*) michael.rubin@lw.com |
| Richard E. Shevitz - rshevitz@cohenandmalad.com | Elizabeth Deeley (*pro hac vice*) elizabeth.deeley@lw.com |
| Vess A. Miller - vmiller@cohenandmalad.com | Reuben J. Stob (*pro hac vice*) reuben.stob@lw.com |
| Lynn A. Toops - ltoops@cohenandmalad.com | Max Mazzelli (*pro hac vice*) max.mazzelli@lw.com |
| One Indiana Square, Suite 1400 Indianapolis, IN 46204 | 505 Montgomery Street, Suite 2000 San Francisco, CA 94111 |
| Telephone: (317) 636-6481 Facsimile: (317) 636-2593 (*pro hac vice*) | Telephone: (415) 391-0600 Facsimile: (415) 395-8095 |
| **CARNEY BATES & PULLIAM** | **SACKS, RICKETTS & CASE LLP** |
| E. Lee Lowther III - llowther@cbplaw.com | Cynthia A. Ricketts (AZ Bar. No. 012668) *cricketts@srclaw.com* |
| Randall K. Pulliam - rpulliam@cbplaw.com | Andrew C. Stanley (AZ Bar. No. 029789) *astanley@srclaw.com* |
| 519 W. 7th St. Little Rock, AR 72201 | 2800 N. Central Ave., Suite 1910 Phoenix, AZ 85004 |
| Telephone: (501) 312-8500 Facsimile: (501) 312-8505 (*pro hac vice*) | Telephone:   (602) 385-2270 Facsimile:   (602) 385-3371 |
| | *Attorneys for Defendant LifeLock, Inc.* |
| **GALLAGHER & KENNEDY, P.A.** | |
| Paul L. Stoller (016773) - paul.stoller@gknet.com | |
| C Lincoln Combs (025080) - lincoln.combs@gknet.com | |
| 2575 East Camelback Road Phoenix, Arizona 85016-9225 | |
| Telephone: (602) 530-8000 Facsimile: (602) 530-8500 | |
| *Attorneys for Plaintiff* | |