1
2
3
4
5
6

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

7
8

| | |
|---|---|
| Joe Weingarten and Darrell Hunter, on behalf of themselves and all others similarly situated, | Case No. CV-18-01013-PHX-SRB |
| Plaintiffs, | **ORDER OF DISMISSAL** |
| v. | |
| LifeLock, Inc., | |
| Defendant. | |

9
10
11
12
13
14

15      Pursuant to an agreement and stipulation of the parties, and good cause appearing,

16   the Court hereby orders that: (1) all remaining unresolved claims in the above-captioned

17   action are hereby dismissed with prejudice, each party or former party bearing his or its

18   own costs and attorney fees; and (2) the parties having stipulated to comply with the

19   terms of the settlement agreement, this Court shall retain jurisdiction over any

20   construction, modification, or enforcement of the settlement agreement for four years

21   from the date of entry of this Order.

22      Dated this 14th day of November, 2018.

23
24
25
26
27
28

_____
Susan R. Bolton
United States District Judge